No. 25-10731

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

In re ISLAND VILLA RENTAL PROPERTIES, INC.,

   *Petitioner.*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

 

Griffin C. Klema, Esq.
Fla. Bar No. 100279
**Klema Law, P.L.**
420 W. Kennedy Boulevard
Tampa, FL 33606
PO Box 172381
Tampa, FL 33672
(202) 713-5292
Griffin@KlemaLaw.com
*Counsel for Petitioner*

Pursuant to the Clerk's letter, dated March 7, 2025, petitioner, Island Villa Rental Properties, Inc., pursuant to 11th Cir. R. 21-1(b), certifies the following are interested persons in this appeal, and further provides the corporate disclosure statement:

>   Island Villa Rental Properties, Inc.
>
>   Stanley, Patti
>
>   Martinez, Jose M. (District Judge)
>
>   CopyCat Legal, PLLC
>
>   DeSouza, Daniel
>
>   Klema Law, PL
>
>   Klema, Griffin C.

Defendant-Petitioner Island Villa Rental Properties, Inc. has no parent company and no publicly traded company owns more than ten percent of its stock. Island Villa is wholly owned by Patti Stanley.

No publicly traded company or corporation has an interest in the outcome of the underlying case or this appeal.

　/s/ Griffin Klema　  
Griffin C. Klema, Esq.  
Fla. Bar No. 100279  
Griffin@KlemaLaw.com

**Klema Law, P.L.**
PO Box 172381
Tampa, FL 33672
420 W. Kennedy Boulevard
Tampa, FL 33606
Telephone: 202-713-5292
*Counsel for Petitioner*

C 2