No. 25-10731

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

In re ISLAND VILLA RENTAL PROPERTIES, INC.,

    *Petitioner.*

## *AMENDED* CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Griffin C. Klema, Esq.
Fla. Bar No. 100279
**Klema Law, P.L.**
420 W. Kennedy Boulevard
Tampa, FL 33606
PO Box 172381
Tampa, FL 33672
(202) 713-5292
Griffin@KlemaLaw.com
*Counsel for Petitioner*

Petitioner Island Villa Rental Properties, Inc., files this amended certificate of interested persons to include the certificate of service, required by Rule 25, which petitioner inadvertently omitted from its separately-filed CIP.

Pursuant to the Clerk's letter, dated March 7, 2025, petitioner, Island Villa Rental Properties, Inc., pursuant to 11th Cir. R. 21-1(b), certifies the following are interested persons in this appeal, and further provides the corporate disclosure statement:

    Island Villa Rental Properties, Inc.

    Stanley, Patti

    Martinez, Jose M. (District Judge)

    CopyCat Legal, PLLC

    DeSouza, Daniel

    Klema Law, PL

    Klema, Griffin C.

Defendant-Petitioner Island Villa Rental Properties, Inc. has no parent company and no publicly traded company owns more than ten percent of its stock. Island Villa is wholly owned by Patti Stanley.

No publicly traded company or corporation has an interest in the outcome of the underlying case or this appeal.

__/s/ Griffin Klema_____
Griffin C. Klema, Esq.
Fla. Bar No. 100279
Griffin@KlemaLaw.com
**Klema Law, P.L.**
PO Box 172381
Tampa, FL 33672
420 W. Kennedy Boulevard
Tampa, FL 33606
Telephone: 202-713-5292
*Counsel for Petitioner*

## CERTIFICATE OF SERVICE

I certify that, pursuant to and in compliance with Fed. R. App. P. 21(a)(1), Fed. R. App. P. 25(d)(1), and 11th Cir. R. 25-3(f), this document and its attachment(s) were filed with the Clerk of the United States Court of Appeals for the Eleventh Circuit via the Case Management, Electronic Case Filing (CM/ECF) system and e-mailed on March 14, 2025, to:

Jose M. Martinez
District Court Judge
United States District Court for the Southern District of Florida
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue, Room 10-1
Miami, Florida 33128
martinez@flsd.uscourts.gov

*Presiding trial-court Judge*

Daniel DeSouza, Esq.
Florida Bar No.: 19291
dan@copycatlegal.com
pleadings@copycatlegal.com
hali@copycatlegal.com
Lauren M. Hausman, Esq.
Florida Bar No.: 1035947
lauren@copycatlegal.com
**COPYCAT LEGAL PLLC**
3111 N. University Drive, Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
*Attorneys for Plaintiff below, Maureen Harrington*

                                                                                                /s/ Griffin Klema
                                                      Griffin C. Klema, Esq.
                                                      *Counsel for Petitioner*